JOHN W. HUBER, United States Attorney (#7226)
ADAM ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111-2176
T: (801) 524-5682 | F: (801) 524-3399 | Email: adam.elggren@usdoj.gov

FILED
U.S. DISTRICT COURT

2017 SEP 19 P 2: 35

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$195,275 in U.S. currency, and<br><br>$921,332.52 in U.S. currency, representing 50% of the net proceeds from the sale of real property located at 6347 Rodgerton Drive, Los Angeles, California 90068<br><br>Defendants *in Rem*. | WARRANT AND SUMMONS FOR ARREST OF ARTICLES *IN REM*<br><br><br>Case: 2:17-cv-01045<br>Assigned To : Waddoups, Clark<br>Assign. Date : 9/19/2017<br>Description: USA v. $195,275 in U.S. Currency |
|---|---|

To the United States Marshal of the District of Utah and/or Any Other Duly Authorized Law Enforcement Officer:

WHEREAS, a Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the District of Utah on September 19, 2017, alleging that the Defendant Funds are subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a).

WHEREAS, pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(3)(b)(i), the Clerk of the Court is authorized to issue a Warrant

for Arrest of Articles *In Rem* if the Defendant Funds are in the possession or custody of the government.

YOU ARE THEREFORE, HEREBY COMMANDED to arrest and seize the Defendant Funds identified as: $195,275 in U.S. currency, and $921,332.52 in U.S. currency representing 50% of the net proceeds from the sale of real property located at 6347 Rodgerton Drive, Los Angeles, California 90068, and to use discretion and whatever means appropriate to protect and maintain said Defendant Firearms, and detain it in your custody or in the custody of an authorized agency until further order of the Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated this 19th day of September, 2017.

D. MARK JONES
Clerk of the Court

By: _____
DEPUTY CLERK

Liem